UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR GARCIA, III, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-022 |
| RS TRANSFER SA DE CV, *et al.*, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Oscar Garcia, III and Defendant RS Transfer SA de CV request the Court dismiss this action with prejudice and without execution of costs. (Joint Stipulation, Doc. 12) Defendant RS Logistics, LLC has not appeared. The appearing parties seek dismissal under Federal Rule of Civil Procedure 42(a)(2), but the request is more correctly characterized as one under Rule 41(a)(1)(A)(ii). The Joint Stipulation dismisses this action without court order.

The Clerk of Court is directed to close this matter.

Signed on July 12, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge